

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Ricky VAN Henderson<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR-14-00100-GAF-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Deft__, IT IS ORDERED that a detention hearing is set for __FRIDAY__, __2/28/14__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __2/25/14__

_____
U.S. District Judge/Magistrate Judge